■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL KALLOS, Appellant, against ALFRED M. STANLEY, as Senior Director of Rockland State Hospital, Respondent.— Appeal from an order dismissing a writ of habeas corpus and remanding appellant to the custody of respondent. Appeal dismissed. without costs. The notice of appeal was served prior to the making and entry of the order from which the appeal purportedly was taken. We have, however, examined the merits and have concluded that we would affirm the order appealed from if the appeal were not dismissed. The record sustains the finding of the learned Special Term that appellant requires further care and treatment. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ ATTILIO ROSSI et al., Respondents, v. TRIBOROUGH BRIDGE & TUNNEL AUTHORITY et al., Appellants. (Action No. 1.) DIMITRIO CASSARA et al., Plaintiffs, v. TRIBOROUGH BRIDGE & TUNNEL AUTHORITY et al., Defendants. (Action No. 2.) — In a consolidated action to recover damages for personal injuries the appeal is from an order granting respondents' motion to examine appellants before trial. Order affirmed, with $10 costs and disbursements; examination to proceed on two days' notice. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

## THIRD DEPARTMENT, SEPTEMBER, 1956

## (September 11, 1956)

■ THEODORE G. DALEY, Individually and as Secretary-Treasurer of Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 445, et al., Respondents, v. FRANCIS L. STICKEL, Individually and as Secretary-Treasurer of Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 445, et al., Appellants.— Motion for permission to appeal to the Court of Appeals from the decision of this court handed down July 25, 1956, and the motion for a stay in connection therewith, denied. The temporary stay granted in the order to show cause vacated. The action should be tried promptly so that a decision may be reached on the merits. The denial of the motion for a stay, therefore, is without prejudice to a further motion by defendants for a stay of the order of the Special Term entered September 6, 1956, in connection with the appeal now taken by defendants from that order, if by the opening of the November Term of this court the action has not been tried for any reason attributable to plaintiffs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See *ante,* p. 793.]